# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC and ZURU LTD., <br><br>Plaintiffs, <br><br>v. <br><br>TELEBRANDS CORP., <br><br>Defendant. | Case No. 6:16-CV-00033-RWS-JDL <br>(Lead Case) |
| TINNUS ENTERPRISES, LLC, <br><br>Plaintiff, <br><br>v. <br><br>WAL-MART STORES INC., et al. <br><br>Defendants. | Case No. 6:16-CV-00034-RWS-JDL <br>*(Consolidated with Lead Case 6:16-CV-00033-RWS-JDL)* |

**NOTICE OF DECISION BY PATENT TRIAL AND APPEAL BOARD
INSTITUTING POST-GRANT REVIEW OF U.S. PATENT NO. 9,242,749**

Defendants hereby provide notice of the decision by the Patent Trial and Appeal Board ("Board") in *Telebrands Corp. v. Tinnus Enterprises, LLC*, PGR2016-00030/U.S. Patent No. 9,242,749.  In the institution decision, entered on February 21, 2017, and attached hereto as Exhibit 1, the Board "determine[d] that Petitioner has established that it . . . more likely than not . . . will prevail under 35 U.S.C. § 103 on its challenges to claim 1 as obvious over the combination of Cooper, Saggio, and Donaldson, and to claim 1 as obvious over the combination of Saggio and Donaldson."  (Ex. 1, p. 34.)

Dated: February 21, 2017                    By:    /s/ *Lance Lee*

Gregory Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
107 E. Main Street
Henderson, TX 75652
Tel: (903) 212-4444

D. Michael Underhill
munderhill@bsfllp.com
Amy L. Neuhardt (admitted *pro hac vice*)
aneuhardt@bsfllp.com
Eric J. Maurer
emaurer@bsfllp.com
Stacey Grigsby (admitted *pro hac vice*)
sgrigsby@bsfllp.com
William Bloom (admitted pro hac vice)
wbloom@BSFLLP.com
Joseph Alm
jalm@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW
Washington, DC 20015
Tel.: (202) 237-2727
Fax: (202) 237-6131

*Attorneys for Defendant Telebrands Corp.*

Lance Lee
Texas Bar No. 24004762
wlancelee@gmail.com
5511 Plaza Drive
Texarkana, TX 75503
Tel: (903) 223-0276

Robert T. Maldonado (admitted *pro hac vice)*
Rmaldonado@cooperdunham.com
Elana B. Araj (*admitted pro hac vice*)
earaj@cooperdunham.com
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: 212-278-0400

*Attorneys for all Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on February 21, 2017.

/s/<u>Lance Lee</u>
Lance Lee