**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| TINNUS ENTERPRISES, LLC and ZURU LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TELEBRANDS CORP. and BULBHEAD.COM, LLC, <br><br> Defendants. | Case No. 6:16-CV-00033-RWS-JDL <br> (Lead Case) |
| TINNUS ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES INC., et al. <br><br> Defendants. | Case No. 6:16-CV-00034-RWS-JDL <br> *(Consolidated with Lead Case 6:16-CV-00033-RWS-JDL)* |

**NOTICE OF DECISION BY PATENT TRIAL AND APPEAL BOARD**
**DENYING REHEARING OF POST-GRANT REVIEW**
**INSTITUTION DECISION OF U.S. PATENT NO. 9,315,282**

Defendants hereby provide notice of the Decision Denying Patent Owner's Request for Rehearing ("Decision"), issued on May 5, 2017 by the Patent Trial and Appeal Board ("Board") in *Telebrands Corp. v. Tinnus Enterprises, LLC,* PGR2016-00031/U.S. Patent No. 9,315,282. In the Decision, attached hereto as Exhibit 1, the Board "ORDERED that Patent Owner's Request for Rehearing is *denied*." (*Id.* at p. 11 (emphasis in original).)

Dated: May 5, 2017　　　　　　　　By:　/s/ *Gregory Love*

　　　　　　　　　　　　　　　　　　Gregory Love
　　　　　　　　　　　　　　　　　　Texas Bar No. 24013060
　　　　　　　　　　　　　　　　　　greg@lovetrialfirm.com
　　　　　　　　　　　　　　　　　　107 E. Main Street
　　　　　　　　　　　　　　　　　　Henderson, TX 75652
　　　　　　　　　　　　　　　　　　Tel: (903) 212-4444

D. Michael Underhill　　　　　　　　Lance Lee
munderhill@bsfllp.com　　　　　　　Texas Bar No. 24004762
Amy L. Neuhardt (admitted *pro hac vice*)　wlancelee@gmail.com
aneuhardt@bsfllp.com　　　　　　　5511 Plaza Drive
Eric J. Maurer　　　　　　　　　　　Texarkana, TX 75503
emaurer@bsfllp.com　　　　　　　　Tel: (903) 223-0276
Stacey Grigsby (admitted *pro hac vice*)
sgrigsby@bsfllp.com　　　　　　　　Robert T. Maldonado (admitted *pro hac vice)*
William Bloom (admitted pro hac vice)　Rmaldonado@cooperdunham.com
wbloom@BSFLLP.com　　　　　　　Elana B. Araj (*admitted pro hac vice*)
Joseph Alm　　　　　　　　　　　　earaj@cooperdunham.com
jalm@bsfllp.com　　　　　　　　　　COOPER & DUNHAM LLP
BOIES, SCHILLER & FLEXNER LLP　30 Rockefeller Plaza
5301 Wisconsin Ave. NW　　　　　　New York, New York 10112
Washington, DC 20015　　　　　　　Tel: 212-278-0400
Tel.: (202) 237-2727
Fax: (202) 237-6131　　　　　　　　*Attorneys for all Defendants*

*Attorneys for Defendant Telebrands Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on May 5, 2017.

/s/<u>Gregory Love</u>
Gregory Love