UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TELEBRANDS CORP., <br><br> Defendant. | Civ. Action No. 6:16-CV-00033 <br> (RWS-JDL) <br> [LEAD CASE] |
| TINNUS ENTERPRISES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WAL-MART STORES, INC., *et al.*, <br><br> Defendants. | Civ. Action No. 6:16-CV-00034 <br> (RWS-JDL) <br> [Consolidated with Lead <br> 6:16-CV-00033-RWS-JDL] |

## NOTICE OF APPEAL

Notice is hereby given that ZURU Inc., ZURU LLC, ZURU Pty Ltd., and ZURU UK Ltd. (collectively, the "ZURU Related Entities") appeal to the United States Court of Appeals for the Federal Circuit from the following judgments, orders, or parts thereof: (a) the November 1, 2017 denial of reconsideration of the September 11, 2017 order denying the ZURU Related Entities' motion to intervene (ECF No. 485), (b) the September 11, 2017 order itself denying the ZURU Related Entities' motion to intervene (ECF No. 407), and (c) all other orders and rulings relied upon or supplying the rationale for orders (a) and/or (b), including the September 11, 2017 Report and Recommendation to the extent recommending granting partial summary judgment on the

issues of lost profits and the November 1, 2017 order adopting the Report and Recommendation (ECF Nos. 406, 484).

Respectfully submitted this 30th day of November, 2017.

*/s/ Eric H. Findlay*
Eric H. Findlay
Texas State Bar No. 00789886
Debby Gunter
Texas State Bar No. 24012752
Findlay Craft, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
dgunter@findlaycraft.com

Thomas M. Dunlap (Admitted E.D. Tex./VA Bar No. 44016)
David Ludwig (Admitted E.D. Tex./VA Bar No. 73157)
Robert Spendlove (Admitted E.D. Tex./VA Bar No. 75468)
Eric Olavson (Admitted E.D. Tex./VA Bar No. 87872)
Dunlap Bennett & Ludwig PLLC
211 Church Street, SE
Leesburg, Virginia 20175
(703) 777-7319 (t)
(703) 777-3656 (f)
tdunlap@dbllawyers.com
dludwig@dbllawyers.com
rspendlove@dbllawyers.com
eolavson@dbllawyers.com

Cortland C. Putbrese (Admitted E.D. Tex./ VA Bar No. 46419)
Kevin T. Streit
Admitted E.D. Tex./VA Bar No. 45024
Dunlap Bennett & Ludwig PLLC
8003 Franklin Farms Drive
Suite 220
Richmond, Virginia 23229
(804) 977-2688 (t)

(804) 977-2680 (f)
cputbrese@dbllawyers.com
kstreit@dbllawyers.com

Jeff Ahdoot (admitted *pro hac vice*)
Dunlap Bennett & Ludwig PLLC
1717 Pennsylvania Avenue
Suite 1025
Washington, DC 20006
(202) 316-8558 (t)
(703) 777-3656 (f)
jahdoot@dbllawyers.com

Brian M. Koide
Admitted E.D. Tex./VA Bar No. 46,329
Dunlap Bennett & Ludwig PLLC
8300 Boone Blvd #550
Vienna, VA 22182
703-442-3890 (t)
703-777-3656 (f)
bkoide@dbllawyers.com

*Counsel for the ZURU Related Entities*

*/s/ Kelly J. Kubasta*
Kelly J. Kubasta
Texas Bar No. 24002430
Ferguson, Braswell & Fraser, P.C.
2500 Dallas Parkway, Suite 600
Plano, TX 75093
972-378-9111 (t)
972-378-9115 (f)
kkubasta@dallasbusinesslaw.com

Robert P. Greenspoon (admitted *pro hac vice*)
Flachsbart & Greenspoon, LLC
333 N. Michigan Ave. Fl. 27
Chicago, IL 60601
(312) 551-9500 (t)
(312) 551-9501 (f)
rpg@fg-law.com

*Counsel for Tinnus Enterprises, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document *via* electronic mail on the 30th day of November, 2017.

*/s/ Eric H. Findlay*
Eric H. Findlay