# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC and ZURU LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TELEBRANDS CORP., <br><br> Defendant. | Case No. 6:16-CV-00033-RWS-JDL <br> (Lead Case) |
| TINNUS ENTERPRISES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES INC., et al. <br><br> Defendants. | Case No. 6:16-CV-00034-RWS-JDL <br> *(Consolidated with Lead Case 6:16-CV-00033-RWS-JDL)* |

## **ORDER**

Before the Court is the Parties' Joint Motion to Sever and Stay all claims as they relate to separate Defendant Sears Holding Corporation. Have considered the motion, the Court finds it well taken. Therefore, it is hereby

**ORDERED** that the Joint Motion to Sever and Stay is **GRANTED**.

**SIGNED this 31st day of October, 2018.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE