## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| TINNUS ENTERPRISES, LLC, ZURU LTD., | § § § | CIVIL ACTION NO. 6:16-CV-00033-RWS |
| Plaintiffs, | § § § | LEAD CASE |
| v. | § § | |
| TELEBRANDS CORPORATION, BULBHEAD.COM, LLC, | § § § | |
| Defendants. | | |

## ORDER

In the Court's order on post-trial motions (Docket No. 719), the Court granted Plaintiffs Zinnus Enterprises, LLC and Zuru Ltd.'s motion for attorneys' fees (Docket No. 583) and ordered the parties to meet and confer regarding an appropriate amount for fees. Docket No. 719 at 63. In response, the parties filed a Joint Notice Regarding Meet and Confer on Amount of Attorneys' Fees (Docket No. 723). The Court accepts the parties' agreed amount of fees.

It is, therefore, **ORDERED** that the amount of attorneys' fees and expenses to be awarded pursuant to the Court's order (Docket No. 719) under 35 U.S.C. § 285 is $4,750,000.

**SIGNED this 27th day of March, 2019.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE