# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC, § <br> § <br> and § <br> § <br> ZURU LTD., § <br> § <br> PLAINTIFFS, § <br> § <br> v. § <br> § <br> TELEBRANDS CORP., ET AL., § <br> § <br> DEFENDANTS. § <br> § <br> § | CASE NO.: 6:16-CV-00033-RWS <br><br> (LEAD CASE) |

## JOINT NOTICE REGARDING MEET AND CONFER
## ON AMOUNT OF ATTORNEYS FEES PER DKT. 719

Pursuant to the Court's Order (Dkt. 719), Plaintiffs Tinnus Enterprises, LLC and ZURU Ltd. (collectively "Plaintiffs") and Defendants Telebrands Corporation, Bulbhead.com, LLC, Bed Bath & Beyond Inc., Fry's Electronics, The Kroger Company, and Walgreen Co. (collectively, "Defendants") (collectively, "the parties") provide this notice regarding the meet and confer that the Court ordered as to "an appropriate amount for fees" to be awarded. Dkt. 719 at 62-63.

The parties met and conferred, identified areas of dispute regarding the amount that Plaintiffs requested and were able to reach an agreement on the amount as a matter of compromise. Specifically, the parties have agreed to $4,750,000 as the amount of attorneys' fees and expenses to be awarded pursuant to the Court's Order under 35 U.S.C. § 285. This compromise as to the particular amount of attorneys' fees and expenses is without waiving and without prejudice to Defendants' objections to the underlying fee award and Defendants' ability to appeal the rulings set

forth in Dkt. 719. Similarly, Plaintiffs reserve all of their rights and arguments in connection with Defendants' objections.

| Dated: March 22, 2019<br><br>By: */s/ Lance Lee*<br>W. Lance Lee<br>Texas Bar No. 24004762<br>wlancelee@gmail.com<br>5511 Plaza Drive<br>Texarkana, TX 75503<br>Tel: (903) 223-0276<br><br>Gregory Love<br>State Bar No. 24013060<br>LOVE LAW FIRM, PC<br>greg@lovetrialfirm.com<br>107 E. Main Street<br>Henderson, TX 75652<br>Tel: (903) 212-4444<br><br>Robert T. Maldonado<br>Rmaldonado@cooperdunham.com<br>Laura Alos<br>lalos@cooperdunham.com<br>Tonia Sayour<br>tasyour@cooperdunham.com<br>Vishal Parikh<br>vparikh@cooperdunham.com<br>COOPER & DUNHAM LLP<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Tel: 212-278-0400<br><br>*Counsel for all Defendants*<br><br>Morgan Chu<br>mchu@irell.com<br>Richard Birnholz<br>rbirnholz@irell.com<br>Molly Russell<br>mrussell@irell.com<br>Andreas Petasis<br>apetasis@irell.com<br>Irell & Manella | Respectfully submitted,<br><br>By: */s/ Eric H. Findlay*<br>Eric H. Findlay<br>State Bar No. 00789886<br>Debby Gunter<br>State Bar No. 24012752<br>FINDLAY CRAFT, P.C.<br>102 N. College Ave, Ste. 900<br>Tyler, TX 75702<br>903-534-1100 (t)<br>903-534-1137 (f)<br>efindlay@findlaycraft.com<br>dgunter@findlaycraft.com<br><br>Thomas M. Dunlap (Admitted E.D. Tex./VA Bar No. 44016)<br>Eric Olavson (Admitted E.D. Tex./VA Bar No. 87872)<br>Dunlap Bennett & Ludwig PLLC<br>211 Church Street, SE<br>Leesburg, Virginia 20175<br>(703) 777-7319 (t)<br>(703) 777-3656 (f)<br>tdunlap@dbllawyers.com<br>eolavson@dbllawyers.com<br><br>Cortland C. Putbrese (Admitted E.D. Tex./ VA Bar No. 46419)<br>Dunlap Bennett & Ludwig PLLC<br>2307 East Broad Street, Ste. 301<br>Richmond, Virginia 23223<br>(804) 977-2688 (t)<br>(804) 977-2680 (f)<br>cputbrese@dbllawyers.com<br><br>Brian M. Koide<br>Admitted E.D. Tex./VA Bar No. 46,329<br>Dunlap Bennett & Ludwig PLLC<br>8300 Boone Blvd #550<br>Vienna, VA 22182<br>703-442-3890 (t) |

| | |
|---|---|
| 1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Tel: (310) 203-7000<br>Fax: (310) 203-7199<br><br>*Counsel for Defendant Telebrands Corporation* | 703-777-3656 (f)<br>bkoide@dbllawyers.com<br><br>*Counsel for Plaintiffs Tinnus Enterprises, LLC and ZURU Ltd.*<br><br>By: */s/ Kelly J. Kubasta*<br>Kelly J. Kubasta<br>Texas Bar No. 24002430<br>Ferguson Braswell Fraser Kubasta PC<br>2500 Dallas Parkway, Suite 600<br>Plano, TX 75093<br>972-378-9111 (t)<br>972-378-9115 (f)<br>kkubasta@fbfk.law<br><br>*Counsel for Plaintiff Tinnus Enterprises, LLC* |

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail on this the 22nd day of March, 2019.

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

I certify that this Joint Notice Regarding Meet and Confer on Amount of Attorneys Fees Per Dkt. 719 is authorized to be filed under seal by the Protective Order entered in this matter.

*/s/ Eric H. Findlay*
Eric H. Findlay