# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| TINNUS ENTERPRISES, LLC, <br><br> and <br><br> ZURU LTD., <br><br> PLAINTIFFS, <br><br> v. <br><br> TELEBRANDS CORP., ET AL., <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § | **CASE NO.: 6:16-CV-00033-RWS** <br><br> **(LEAD CASE)** |
| TINNUS ENTERPRISES, LLC, <br><br> PLAINTIFF, <br><br> v. <br><br> WAL-MART STORES INC., ET AL., <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § | **CASE NO.: 6:16-CV-00034-RWS** <br><br> (Consolidated with Lead Case No.: 6:16-CV-00033-RWS) |

## JOINT NOTICE REGARDING
## AMOUNT OF PREJUDGMENT INTEREST

Plaintiffs Tinnus Enterprises, LLC and ZURU Ltd. (collectively "Plaintiffs") and

Telebrands Corp., Bublehead.com, LLC, Bed Bath & Beyond, Inc., Fry's Electronics, Inc., The

Kroger Company, and Walgreen Co. (collectively, "Defendants") (collectively, "the Parties") respectfully submit this Notice regarding the calculation of the amount of prejudgment interest.

The Parties met and conferred and have agreed to the following amounts of prejudgment interest on the damages awarded by the jury: (1) $1,631,172.00 as the amount of prejudgment interest to be awarded to Plaintiffs from Defendants Telebrands Corp. and Bulbhead.com LLC and (2) $6,500.00 as the amount of prejudgment interest to be awarded to Plaintiffs from Defendants Bed Bath & Beyond Inc., Fry's Electronics, Inc., The Kroger Company, and Walgreen Co.

This Notice regarding the amount of prejudgment interest is without waiving and without prejudice to Defendants' ability to object to and appeal the underlying award and other rulings adverse to Defendants in this action. Similarly, Plaintiffs reserve all of their rights and arguments in response.

Dated: April 11, 2019

Respectfully submitted,

By: /s/ *W. Lance Lee*
Lance Lee
Texas Bar No. 24004762
wlancelee@gmail.com
5511 Plaza Drive
Texarkana, TX 75503
Tel: (903) 223-0276

Gregory Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
107 E. Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Robert T. Maldonado
Rmaldonado@cooperdunham.com
Laura Alos
lalos@cooperdunham.com
Tonia Sayour

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Debby Gunter
State Bar No. 24012752
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
dgunter@findlaycraft.com

Thomas M. Dunlap (Admitted E.D. Tex./VA Bar No. 44016)
Eric Olavson (Admitted E.D. Tex./VA Bar No. 87872)
Dunlap Bennett & Ludwig PLLC
211 Church Street, SE
Leesburg, Virginia 20175

tasyour@cooperdunham.com
Vishal Parikh
vparikh@cooperdunham.com
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: 212-278-0400

*Counsel for all Defendants*

Morgan Chu
mchu@irell.com
Richard Birnholz
rbirnholz@irell.com
Molly Russell
mrussell@irell.com
Andreas Petasis
apetasis@irell.com
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Tel: (310) 203-7000
Fax: (310) 203-7199

*Counsel for Defendant Telebrands Corporation*

(703) 777-7319 (t)
(703) 777-3656 (f)
tdunlap@dbllawyers.com
eolavson@dbllawyers.com

Cortland C. Putbrese (Admitted E.D. Tex./ VA
Bar No. 46419)
Dunlap Bennett & Ludwig PLLC
2307 East Broad Street, Ste. 301
Richmond, Virginia 23223
(804) 977-2688 (t)
(804) 977-2680 (f)
cputbrese@dbllawyers.com

Brian M. Koide
Admitted E.D. Tex./VA Bar No. 46,329
Dunlap Bennett & Ludwig PLLC
8300 Boone Blvd #550
Vienna, VA 22182
703-442-3890 (t)
703-777-3656 (f)
bkoide@dbllawyers.com

James D. Robenalt
Matthew Ridings
Curtis L. Tuggle
THOMPSON HINE LLP
3900 Key Center
Cleveland, OH 44114-1291
Phone: 216.566.5500
Fax: 216.566.5800
james.robenalt@thompsonhine.com
matthew.ridings@thompsonhine.com
curtis.tuggle@thompsonhine.com

David S. Forsh
Texas State Bar No.  24094202
Riccardo M. DeBari
THOMPSON HINE LLP
335 Madison Avenue. 12th Floor
New York, NY 10017-4611
Phone:  212.344.5680
Fax:  212.344.6101
david.forsh@thompsonhine.com
riccardo.debari@thompsonhine.com

*Counsel for Plaintiffs Tinnus Enterprises, LLC and ZURU Ltd.*

By: */s/ Kelly J. Kubasta*
Kelly J. Kubasta
Texas Bar No. 24002430
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, TX 75093
972-378-9111 (t)
972-378-9115 (f)
kkubasta@fbfk.law

*Counsel for Plaintiff Tinnus Enterprises, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on April 11, 2019.

*/s/ Eric H. Findlay*
Eric H. Findlay