**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TINNUS ENTERPRISES, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>TELEBRANDS CORP. and BULBHEAD.COM, LLC,<br><br>    Defendants. | Case No. 6:16-cv-00033-RWS-JDL<br>(Lead Case) |
| TINNUS ENTERPRISES, LLC, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>WALMART STORES, INC., et al.<br><br>    Defendants. | Case No. 6:16-cv-00034-RWS-JDL<br>(Consolidated with Lead Case) |

**DEFENDANTS' NOTICE OF APPEAL**

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to 28 U.S.C. § 1295(a)(1) and Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Telebrands Corp., Bulbhead.com, LLC, Bed Bath & Beyond, Inc., Fry's Electronics, Inc., The Kroger Company, and Walgreen Co., Defendants in the above-captioned actions, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on March 27, 2019 (Dkt. No. 727) and the portions of any and all orders, rulings, findings, conclusions and decisions underlying that

judgment and in these actions that were adverse to Defendants, whether subsumed within the Final Judgment or not, including without limitation the March 15, 2019 Order on the parties' motions for post-trial relief (Dkt. No. 719), the March 27, 2019 Order on attorneys' fees and expenses (Dkt. No. 726), the December 19, 2018 Order on Defendants' motion to compel and extend the period for reopened discovery (Dkt No. 697), the September 19, 2018 Order on Defendants' bench briefs and motions for judgment as a matter of law (Dkt. No. 663), the November 21, 2017 Jury Verdict (Dkt. No. 544), the November 7, 2017 Order on Defendants' motion for leave to file a renewed motion for summary judgment and a renewed motion to exclude testimony (Dkt. No. 496), the November 6, 2017 Order on the Defendants' motion to bifurcate (Dkt. No. 495), the November 1, 2017 Order on the Defendants' summary judgment motion (Dkt. No. 484), the November 1, 2017 Order on the Defendants' motion to exclude (Dkt. No. 483), the October 26, 2017 Order on the parties' motions *in limine* (Dkt. No. 477), the October 17, 2017 Order on Defendants' motion to dismiss or transfer (Dkt. No. 456), the September 14, 2017 Order adopting the memorandum opinion and order of Magistrate Judge (No. 415), the September 14, 2017 Order on Plaintiffs' motion for summary judgment (Dkt. No. 413), the July 11, 2017 Order on Plaintiffs' motion to strike (Dkt. No. 342), the February 14, 2017 Order on the Defendants' summary judgment motion (Dkt. No. 226), the February 14, 2017 Order regarding claim construction (Dkt. No. 225), the August 25, 2016 Order on the Plaintiffs' motion to dismiss (Dkt. No. 133), and all other orders and rulings relied upon or supplying the rationale for the orders listed herein or otherwise adverse to Defendants, including any Reports and Recommendations cited in such orders.

Included herewith is payment of the filing fee and the docketing fee as required by 28 U.S.C. § 1917, Federal Circuit Rule 52(a), and Federal Rule of Appellate Procedure 3(e).

Respectfully submitted,

Dated: April 12, 2019    By:    /s/ *Gregory Love*
Gregory Love
Texas Bar No. 24013060
greg@lovetrialfirm.com
107 E. Main Street
Henderson, TX 75652
Tel: (903) 212-4444

Lance Lee
Texas Bar No. 24004762
wlancelee@gmail.com
5511 Plaza Drive
Texarkana, TX 75503
Tel: (903) 223-0276

Morgan Chu
mchu@irell.com
Richard Birnholz
rbirnholz@irell.com
Molly Russell
mrussell@irell.com
Andreas Petasis
apetasis@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Tel: 310-203-7000

*Attorneys for Defendant Telebrands Corp.*

Robert T. Maldonado
Rmaldonado@cooperdunham.com
Laura A. Alos
lalos@cooperdunham.com
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: 212-278-0400
*Attorneys for all Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with notice of the filing of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on April 12, 2019.

*/s/ Gregory Love*
Gregory Love